THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 
 The State, Respondent,
 
 
 
 
 

v.

 
 
 
 
 Albert Spann, Appellant.
 
 
 
 
 

Appeal From Aiken County
 J. Ernest Kinard, Jr., Circuit Court
Judge

Unpublished Opinion No. 2010-UP-198
 Submitted March 1, 2010  Filed March 12,
2010    

APPEAL DISMISSED

 
 
 
 Appellate Defender Robert M. Pachak, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, and Assistant Deputy Attorney General Salley W.
 Elliott, all of Columbia; and Solicitor Barbara R. Morgan, of Aiken, for
 Respondent.
 
 
 

PER CURIAM:  Albert Spann appeals his convictions for
 armed robbery and grand larceny, arguing that the trial judge's charge on
 reasonable doubt diluted the standard of proof a jury needs to use in properly
 determining guilt.  After a thorough
 review of the record and counsel's brief pursuant to Anders v. California,
 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357
 (1991), we dismiss[1] the appeal and grant counsel's motion to be relieved. 
APPEAL DISMISSED.
HUFF,
 THOMAS, and KONDUROS, JJ., concur.

[1] We decide this
 case without oral argument pursuant to Rule 215, SCACR.